

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 3, 2022

James W. Carter, IV
Kennedy Sutherland, LLP
1305 E. Houston, Suite 405
Suite 2810
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Sarah Maldonado
1305 E. Houston Suite 405
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ryan G. Anderson
Bexar County Civil District
Courts
General Administrative Counsel
100 Dolorosa, 5th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Thad D. Spalding
Durham, Pittard & Spalding  LLP
P.O. Box 224626
Dallas, TX 75222
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-21-00300-CV
        Trial Court Case Number:    9498
        Style:  In the Matter of the Estate of Van L. Crapps, Deceased

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                Very truly yours,
                MICHAEL A. CRUZ, Clerk of Court

                Veronica L. Gonzalez
                Deputy Clerk, Ext. 5-3220



# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF VAN L. CRAPPS, DECEASED**

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

# O R D E R

On September 29, 2022, Appellees' counsel Ryan G. Anderson filed an unopposed motion to withdraw. In the same motion, Appellees ask this court to substitute Thad D. Spalding as Appellees' lead appellate counsel. *See* TEX. R. APP. P. 6.5(d).

The motion to withdraw and substitute appellate counsel is GRANTED. We DIRECT the clerk of this court to update this court's records accordingly.

Appellees' September 26, 2022 motion for substitution is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court